IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOE HAND PROMOTIONS, INC.,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 12-cv-587-wmc

RYAN M. SCHULTZ d/b/a POLACK INN,

    Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Joe Hand Promotions, Inc. against defendant Ryan M. Schultz d/b/a Polack Inn in the total amount of $4,941.75.


_____      _____
      Peter Oppeneer, Clerk of Court                                  1/24/13
                                                                                              Date