IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

RYAN M. SCHULTZ d/b/a POLACK INN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-587-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Joe Hand Promotions, Inc. against defendant Ryan M. Schultz d/b/a Polack Inn in the total amount of $4,941.75.


_____
Peter Oppeneer, Clerk of Court

_____1/24/13_____
Date